AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| 1. COMMERCIAL RESINS COMPANY, INC., an Oklahoma company,<br>*Plaintiff*<br>v.<br>1. RON CARLSON, JR. and<br>2. CHRISTINE CANDY CARLSON, individuals<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 4:19-cv-00616-JED-FHM<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ron Carlson, Jr.

          4204 Buddy Lane
          Omaha, AR 72662

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael D. McClintock, OBA #18105
Christopher M. Scaperlanda, OBA #31703
M. Alex Duncan, OBA # 32382
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Tenth Floor, Two Leadership Square
211 North Robinson

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark C. McCartt
*CLERK OF COURT*

Date: NOV 15 2019

                                      *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| 1. COMMERCIAL RESINS COMPANY, INC., an Oklahoma company,<br><br>*Plaintiff*<br><br>v.<br><br>1. RON CARLSON, JR. and<br>2. CHRISTINE CANDY CARLSON, individuals<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 4:19-cv-00616-JED-FHM<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Christine Candy Carlson
    4204 Buddy Lane
    Omaha, AR 72662

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Michael D. McClintock, OBA #18105
    Christopher M. Scaperlanda, OBA #31703
    M. Alex Duncan, OBA # 32382
    MCAFEE & TAFT A PROFESSIONAL CORPORATION
    Tenth Floor, Two Leadership Square
    211 North Robinson

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: NOV 15 2019

Mark C. McCartt
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*